UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                                    Case No: 1:08-cv-1045

v                                                                              HON. JANET T. NEFF

KARL BOYD,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 19) of the Magistrate Judge, filed November 17, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Summary Judgment (Dkt. 15) is GRANTED and a judgment shall enter in favor of the United States and against Karl Boyd in the amount of $10,679.41 ($6,032.37 principal, $4,470.54 interest, and $176.50 costs) with interest to accrue at a daily rate of $.083 from September 15, 2009 to the date of the judgment, and with interest on the judgment (at the percentage rate per annum in effect of the date of the judgment) compounded annually from the date of the judgment, plus a $350.00 filing fee.

Dated: December 10, 2009                            /s/Janet T. Neff
                                                             JANET T. NEFF
                                                              UNITED STATES DISTRICT JUDGE